1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

11  YVETTE DANIELS, et al.,     No. 2:10-cv-00003-MCE-AC
12           Plaintiffs,
13       v.                     **NON-RELATED CASE ORDER**
14  CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND
15  REHABILITATION,
16           Defendant.
    _____/
17
    YVETTE DANIELS,              No. 2:12-cv-02999-MCE-EFB
18
             Plaintiff,
19
         v.
20
    CALIFORNIA DEPARTMENT OF
21  CORRECTIONS AND
    REHABILITATION,
22
             Defendant.
23  _____/

24

25      The court has received the Notice of Related Cases
26  concerning the above-captioned cases filed May 2, 2013.  See
27  Local Rule 123, E.D. Cal. (1997).
28  ///

                                 1

1 The court has determined, however, that it is inappropriate to
2 relate or reassign the cases, and therefore declines to do so.
3 This order is issued for informational purposes only, and shall
4 have no effect on the status of the cases, including any previous
5 Related (or Non-Related) Case Order of this Court.
6     IT IS SO ORDERED.
7 Dated:  May 23, 2013

                            _____
                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                            UNITED STATES DISTRICT COURT