1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11  YVETTE DANIELS, et al.,         No. 2:10-cv-00003-MCE-AC
12            Plaintiffs,
13       v.                          **NON-RELATED CASE ORDER**
14  CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND
15  REHABILITATION,
16            Defendant.
    _____/
17
    YVETTE DANIELS,                 No. 2:12-cv-02999-MCE-EFB
18
              Plaintiff,
19
         v.
20
    CALIFORNIA DEPARTMENT OF
21  CORRECTIONS AND
    REHABILITATION,
22
              Defendant.
23  _____/
24
25       The court has received the Notice of Related Cases
26  concerning the above-captioned cases filed May 2, 2013.  See
27  Local Rule 123, E.D. Cal. (1997).
28  ///

1

The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated:  May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT